FILED

AUG 2 1 2008

USDC WP SDNY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT A. GORMAN, JR.<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA CORPORATION and<br>WACHOVIA SECURITIES, LLC,<br><br>Defendants. | Civil Action No. 08 7409<br><br>JUDGE KARAS<br><br>DEFENDANTS' RULE 7.1<br>DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants Wachovia Corporation and Wachovia Securities, LLC, by and through their undersigned counsel, Fisher & Phillips LLP, hereby state as follows:

1.       Defendant Wachovia Corporation is a publicly-held corporation; and

2.       Defendant Wachovia Securities, LLC is a wholly-owned subsidiary of Wachovia Securities Financial Holdings, LLC, which is a joint venture owned indirectly by two public companies: Wachovia Corporation and Prudential Financial, Inc., each of which has an ownership interest of more than ten (10) percent in Wachovia Securities Financial Holdings, LLC.

Dated:       August 20, 2008

Respectfully submitted,

FISHER & PHILLIPS LLP

By: _____
KATHLEEN McLEOD CAMINITI
Of Counsel for the Firm
430 Mountain Avenue
Murray Hill, New Jersey 07974
Phone: (908) 516-1050
E-mail: kcaminiti@laborlawyers.com

Attorneys for Defendants